**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

|  |  |  |
|---|---|---|
| **PHILLIP TUBBS,** | § § § | |
| Plaintiff, | § § | |
|  | § | **EP-23-CV-00043-FM** |
| v. | § § | |
| **STATE FARM LLOYDS,** | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT AND DISMISSAL

Before the court is "Joint Stipulation of Dismissal" [ECF No. 11], filed June 20, 2023, by the parties. A plaintiff may voluntarily dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared," the effect of which is dismissal without prejudice unless the stipulation states otherwise.[1] Accordingly:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this **21st** day of **June 2023.**

_____
**FRANK MONTALVO**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] Fed. R. Civ. P. 41(a)(1)(A)(ii).

1